IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHEREE MARZETTE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

14-cv-189-jdp

CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Sheree Marzette reversing and remanding the decision denying plaintiff's application for disability benefits by defendant Carolyn W. Colvin, Commissioner of Social Security.

| /s/ | 3/23/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |